# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 15, 2021

## NO. 03-19-00831-CV

**Dana Pawlik, Appellant**

**v.**

**Continental Properties, Inc., and Continental 306 Fund, LLC, Appellees**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES TRIANA, SMITH, AND JONES
AFFIRMED -- OPINION BY JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on October 2, 20219. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.